UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
SEP 25  2 17 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------x
UNITED RENTALS (NORTH AMERICA), INC., )
a Delaware Corporation )
)
Plaintiff, )
)
v. )  Case No: 3:03CV589 (PCD)
)
CHARLOTTE MYERS, individually, )
)
Defendant. )  September 24, 2003
-----------------------------------------------------------x

## WITHDRAWAL OF MOTION TO WITHDRAW APPEARANCE

The undersigned counsel for defendant, Charlotte Myers, hereby withdraws the motion to withdraw his appearance, dated September 8, 2003, for the reasons stated:

1. The motion to withdraw was predicated upon the undersigned's inability to locate defendant.

2. Recently, the undersigned received the necessary contact information, and has communicated with defendant, who now resides in Florida.

3. Upon information and belief, the communications difficulties were not due to the fault of defendant, but due to the failure of a third party to appropriately advise her of the ongoing status of this matter, and that the undersigned was endeavoring to reach her.

4. Contemporaneously herewith, defendant is filing her Answer and Affirmative Defenses to the complaint.

*[Margin annotation: Withdrawal of motion to withdraw appearance is GRANTED. SO ORDERED. Peter C. Dorsey, U.S. District Judge  10/23/03]*