UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED RENTALS (NORTH AMERICA), INC., a Delaware Corporation,<br><br>PLAINTIFF<br><br>VS.<br><br>CHARLOTTE MYERS, Individually,<br><br>DEFENDANT | CIVIL ACTION<br>NO. 3:03 CV 589 ( PCD)<br><br><br><br>January 8, 2004 |

### STIPULATION OF DISMISSAL

Plaintiff United Rentals (North America), Inc. and defendant Charlotte Myers, hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to the dismissal of the Complaint in this action, with prejudice. Each party will bear their own costs and expenses associated with the litigation.

| UNITED RENTALS (NORTH AMERICA), INC. | CHARLOTTE MYERS |
|---|---|
| By:_____<br>Matthew P. Lundy  ct20603<br>Pullman & Comley, LLC<br>850 Main Street<br>Bridgeport, CT  06604<br>Tel. (203) 330-2000<br>Fax  (203) 576-8888<br>E-Mail  mlundy@pullcom.com | By:_____<br>Robert A. Harris, Esq.  ct06759<br>Zeldes, Needle and Cooper, P.C.<br>1000 Lafayette Boulevard<br>Bridgeport, CT  06604<br>Tel. (203) 333-9441<br>Fax (203) 333-1489<br>E-Mail  rharris@znclaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on January 16, 2004 to all counsel and pro se parties of record.

For the defendant :

    Robert A. Harris, Esq.  ct06759
    Zeldes, Needle and Cooper, P.C.
    1000 Lafayette Boulevard
    Bridgeport, CT  06604
    Tel. (203) 333-9441
    Fax (203) 333-1489
    E-Mail  rharris@znclaw.com

                                          Matthew P. Lundy  ct20603
                                          Commissioner of the Superior Court

BPRT/59447.8/MPL/503209v1