UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED RENTALS (NORTH AMERICA),
INC.

    VS.                          CIVIL NO. 3:03 cv 589 (PCD)

CHARLOTTE MYERS

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal (Doc. #42) filed by the parties on January 20, 2004,

IT IS HEREBY ORDERED that this case be dismissed with prejudice, each party to bear its costs and attorney's fees.

IT IS SO ORDERED.

Dated at New Haven, Connecticut, this 21st day of January, 2004.

                                          /s/
                                          Peter C. Dorsey, Senior
                                          United States District Judge